# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

KAREN S. WISE,

       Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

       Defendant.

Case No. CIV-07-158-RAW

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On September 10, 2008, Magistrate Judge West entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. Defendant has not filed an objection.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this _25_ day of September, 2008.

**HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**